

# THE THIRTEENTH COURT OF APPEALS

## 13-13-00426-CV

### IN THE MATTER OF S. B. JR., A CHILD

On Appeal from the
357th District Court of Cameron County, Texas
Trial Cause No. 2012-03-106-JE

### JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes that the appeal should be DISMISSED. The Court orders the appeal DISMISSED in accordance with its opinion. No costs are assessed as appellant filed an affidavit of inability to pay costs.

We further order this decision certified below for observance.

July 17, 2014